UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
FENCL, JULIANE § Case No. 11-10088
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-10088 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | | | Date Filed (f) or Converted (c): | 03/11/11 (f) |
| | | | | 341(a) Meeting Date: | 04/22/11 |
| For Period Ending: | 01/09/15 | | | Claims Bar Date: | 07/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Charter One | 2,200.00 | 1,300.00 | | 986.74 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Security deposit with landlord $875.00. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used furniture and appliances | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Necessary used clothing | 350.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Whole life insurance policy. | 7,158.65 | 7,158.65 | | 7,000.00 | FA |
| 6. Whole life insurance policy. | 9,020.20 | 9,020.20 | | 9,100.00 | FA |
| 7. 401k, Pension, IRA, Profit Sharing Plan. | 1,527.91 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Prudential Stock - 100 Shares | 5,000.00 | 2,642.74 | | 3,881.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 2002 Chevy Monte Carlo 90,000 miles. | 2,875.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.40 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $28,531.76   $20,121.59   $20,970.14   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtain confirmation of stock sale proceeds.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-10088    JPC    Judge: JACQUELINE P. COX | Trustee Name:    Phillip D. Levey |
| Case Name: | FENCL, JULIANE | Date Filed (f) or Converted (c):    03/11/11 (f) |
| | | 341(a) Meeting Date:    04/22/11 |
| | | Claims Bar Date:    07/26/11 |

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 01/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-10088 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | FENCL, JULIANE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2879 Checking |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 01/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 20,666.68 | | 20,666.68 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 20,653.94 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.16 | 20,640.78 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.73 | 20,628.05 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 20,614.91 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.64 | 20,584.27 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 17.34 | 20,566.93 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.64 | 20,539.29 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.55 | 20,508.74 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.50 | 20,479.24 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.45 | 20,448.79 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.42 | 20,419.37 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.36 | 20,389.01 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.31 | 20,358.70 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.29 | 20,329.41 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.22 | 20,299.19 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 20,269.98 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.13 | 20,239.85 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.09 | 20,209.76 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.14 | 20,182.62 |
| 04/01/14 | 010002 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 4.88 | 20,177.74 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.01 | 20,147.73 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.99 | 20,118.74 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.91 | 20,088.83 |

Page Subtotals  20,666.68  577.85

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 11-10088 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | FENCL, JULIANE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2879  Checking |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 01/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.90 | 20,059.93 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 20,030.11 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.78 | 20,000.33 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.78 | 19,971.55 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.69 | 19,941.86 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.69 | 19,913.17 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.60 | 19,883.57 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 20,666.68 | 783.11 | 19,883.57 |
| Less: Bank Transfers/CD's | 20,666.68 | 0.00 | |
| Subtotal | 0.00 | 783.11 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 783.11 | |

Page Subtotals   0.00   205.26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 11-10088 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5863 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 01/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 6 | Prudential Insurance Company | Cash Value-Life Insurance | 1129-000 | 9,100.00 | | 9,100.00 |
| 05/18/11 | 5 | Prudential Insurance Company | Cash Value-Life Insurance | 1129-000 | 7,000.00 | | 16,100.00 |
| 06/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 16,100.07 |
| 07/29/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,100.20 |
| 08/24/11 | 1, 8 | Juianne M. Fencl | Turnover | 1129-000 | 4,867.74 | | 20,967.94 |
| 08/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 20,968.09 |
| 09/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 20,968.24 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,968.42 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.71 | 20,941.71 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,941.88 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.82 | 20,916.06 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,916.23 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.79 | 20,890.44 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,890.62 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.40 | 20,863.22 |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,863.39 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.80 | 20,838.59 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,838.76 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.62 | 20,813.14 |
| 04/05/12 | 000101 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 18.09 | 20,795.05 |
| 04/30/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,795.23 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.43 | 20,768.80 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,768.98 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.39 | 20,742.59 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 20,742.75 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.65 | 20,718.10 |

Page Subtotals    20,969.80    251.70

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-10088 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5863 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4740 | | |
| For Period Ending: | 01/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,718.28 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.17 | 20,691.11 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,691.27 |
| 08/30/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 24.59 | 20,666.68 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,666.68 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 20,970.14    20,970.14    0.00 |
| Less:  Bank Transfers/CD's | 0.00    20,666.68 |
| Subtotal | 20,970.14    303.46 |
| Less:  Payments to Debtors | 0.00 |
| Net | 20,970.14    303.46 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2879 | 0.00 | 783.11 | 19,883.57 |
| Money Market Account (Interest Earn - ********5863 | 20,970.14 | 303.46 | 0.00 |
| | 20,970.14 | 1,086.57 | 19,883.57 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.34      20,718.44

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                           Ver: 18.03a
LFORM24

| Page 1 | | EXHIBIT C ANALYSIS OF CLAIMS REGISTER | | | | Date: January 09, 2015 |
|---|---|---|---|---|---|---|

Case Number:  11-10088  
Debtor Name:  FENCL, JULIANE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Phillip D. Levey | Administrative | | $2,340.00 | $0.00 | $2,340.00 |
| 001 2100-00 | Phillip D. Levey | Administrative | | $2,847.01 | $0.00 | $2,847.01 |
| 001 2200-00 | Phillip D. Levey | Administrative | | $21.51 | $0.00 | $21.51 |
| 000006A 058 5800-00 | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101 | Priority | | $120.04 | $0.00 | $120.04 |
| 0000006B 080 7300-00 | Internal Revenue Service | Unsecured | | $153.96 | $0.00 | $153.96 |
| 000001 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $1,944.06 | $0.00 | $1,944.06 |
| 000002 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $2,859.72 | $0.00 | $2,859.72 |
| 000003 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Roamans PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $674.69 | $0.00 | $674.69 |
| 000004 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Jessica London PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $214.23 | $0.00 | $214.23 |
| 000005 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Woman Within PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $606.36 | $0.00 | $606.36 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 09, 2015 |

Case Number:  11-10088  
Debtor Name:  FENCL, JULIANE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,023.47 | $0.00 | $1,023.47 |
| 000008 070 7100-00 | Von Maur<br>Attn: Credit Dept<br>6565 Brady<br>Davenport, IA 52806 | Unsecured | | $67.56 | $0.00 | $67.56 |
| 000009 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,464.89 | $0.00 | $2,464.89 |
| 000010 070 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured | | $9,626.71 | $0.00 | $9,626.71 |
| 000011 070 7100-00 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $9,683.03 | $0.00 | $9,683.03 |
| 000012 070 7100-00 | TD BANK USA, NA<br>C/O WEINSTEIN AND RILEY, PS<br>PO Box 3978<br>SEATTLE, WA 98124 | Unsecured | | $12,702.59 | $0.00 | $12,702.59 |
| 000013 070 7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $519.28 | $0.00 | $519.28 |
| 000014 070 7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $8,124.07 | $0.00 | $8,124.07 |
| 000015 070 7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $8,571.29 | $0.00 | $8,571.29 |
| | Case Totals: | | | $64,564.47 | $0.00 | $64,564.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10088
Case Name: FENCL, JULIANE
Trustee Name: Phillip D. Levey

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Internal Revenue Service | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | American InfoSource LP as agent for WFNNB | $ | $ | $ |
| 000004 | American InfoSource LP as agent for WFNNB | $ | $ | $ |
| 000005 | American InfoSource LP as agent for WFNNB | $ | $ | $ |
| 000007 | Capital One, N.A. | $ | $ | $ |
| 000008 | Von Maur | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 000010 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000011 | State Farm Bank | $ | $ | $ |
| 000012 | TD BANK USA, NA | $ | $ | $ |
| 000013 | GE Money Bank | $ | $ | $ |
| 000014 | FIA Card Services, NA/Bank of America | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 0000006B | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____