# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| FENCL, JULIANE | §   Case No. 11-10088 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Jeffrey P. Allsteadt
   U.S. Bankruptcy Court Clerk
   219 South Dearborn Street- 7th Floor
   Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/26/2015 in Courtroom 680,
   United States Courthouse
   219 South Dearborn Street
   Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                             Clerk of The United States Bankruptcy
                                                           Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
FENCL, JULIANE  §  Case No. 11-10088
  §
  Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 20,970.14 |
| and approved disbursements of | $ | 1,086.57 |
| leaving a balance on hand of[1] | $ | 19,883.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 2,847.01 | $ 0.00 | $ 2,847.01 |
| Trustee Expenses: Phillip D. Levey | $ 21.51 | $ 0.00 | $ 21.51 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 2,340.00 | $ 0.00 | $ 2,340.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,208.52 |
| Remaining Balance | | $ | 14,675.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 120.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Internal Revenue Service | $ 120.04 | $ 0.00 | $ 120.04 |
| | Total to be paid to priority creditors | | | $ 120.04 |
| | Remaining Balance | | | $ 14,555.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,081.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,944.06 | $ 0.00 | $ 478.92 |
| 000002 | Discover Bank | $ 2,859.72 | $ 0.00 | $ 704.50 |
| 000003 | American InfoSource LP as agent for WFNNB | $ 674.69 | $ 0.00 | $ 166.21 |
| 000004 | American InfoSource LP as agent for WFNNB | $ 214.23 | $ 0.00 | $ 52.78 |
| 000005 | American InfoSource LP as agent for WFNNB | $ 606.36 | $ 0.00 | $ 149.38 |
| 000007 | Capital One, N.A. | $ 1,023.47 | $ 0.00 | $ 252.13 |
| 000008 | Von Maur | $ 67.56 | $ 0.00 | $ 16.65 |
| 000009 | Chase Bank USA, N.A. | $ 2,464.89 | $ 0.00 | $ 607.23 |
| 000010 | Capital One Bank (USA), N.A. | $ 9,626.71 | $ 0.00 | $ 2,371.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | State Farm Bank | $ 9,683.03 | $ 0.00 | $ 2,385.44 |
| 000012 | TD BANK USA, NA | $ 12,702.59 | $ 0.00 | $ 3,129.32 |
| 000013 | GE Money Bank | $ 519.28 | $ 0.00 | $ 127.93 |
| 000014 | FIA Card Services, NA/Bank of America | $ 8,124.07 | $ 0.00 | $ 2,001.39 |
| 000015 | FIA Card Services, NA/Bank of America | $ 8,571.29 | $ 0.00 | $ 2,111.56 |

Total to be paid to timely general unsecured creditors         $         14,555.01

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 153.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 0000006B | Internal Revenue Service | $ 153.96 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors         $         0.00

Remaining Balance         $         0.00

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 11-10088-JPC
Juliane Fencl                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton           Page 1 of 2           Date Rcvd: Mar 02, 2015
                              Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2015.
```
db           +Juliane Fencl,    8350 Carr Court,    Lyons, IL 60534-1780
16944112     +Associates/citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
16944114     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16944115    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
20311620      Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
17268221     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
16944116     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17288472      Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
17196241      Discover Bank,    DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16944117     +Discover Fin,    Po Box 6103,    Carol Stream, IL 60197-6103
16944118     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16944121     +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
16944122     +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16944124     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17408510      State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16944125     +State Farm Financial S,    Po Box 2316,    Bloomington, IL 61702-2316
16944126     +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
16944127    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,     Attn: Credit Dept,    6565 Brady,    Davenport, IA 52806)
16944128     +Wfnnb/catherines,    4590 E Broad St,    Columbus, OH 43213-1301
16944129     +Wfnnb/jessica London,    Po Box 182746,    Columbus, OH 43218-2746
16944130     +Wfnnb/roamans,    8035 Quivira Rd,    Lenexa, KS 66215-2746
16944131     +Wfnnb/woman,    Po Box 182273,    Columbus, OH 43218-2273
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17196442      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2015 02:22:24
               American InfoSource LP as agent for WFNNB,     as assignee of,    Jessica London,    PO Box 248872,
               Oklahoma City, OK   73124-8872
17196443      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2015 02:22:31
               American InfoSource LP as agent for WFNNB,     as assignee of,    Woman Within,    PO Box 248872,
               Oklahoma City, OK   73124-8872
17196441      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2015 02:22:24
               American InfoSource LP as agent for WFNNB,     as assignee of,    Roamans,    PO Box 248872,
               Oklahoma City, OK   73124-8872
17293344      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2015 02:33:23
               Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK   73124-8839
17581488      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2015 02:33:23
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,
               PO Box 248809,    Oklahoma City, OK   73124-8809
20718439      E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2015 02:22:08     GE Capital Retail Bank,
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
17533458      E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2015 02:22:18     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16944119     +E-mail/Text: cio.bncmail@irs.gov Mar 03 2015 02:07:35     Internal Revenue Service,
               Po Box 7346,    Philadelphia, PA 19101-7346
16944120     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 03 2015 02:07:26      Kohls,
               Attn: Recovery Dept,    Po Box 3120,    Milwaukee, WI 53201-3120
16944123     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2015 02:22:18     Sams Club,
               Attention: Bankruptcy Department,     Po Box 105968,    Atlanta, GA 30348-5968
17510591     +E-mail/Text: bncmail@w-legal.com Mar 03 2015 02:08:31     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20216453     +E-mail/Text: bncmail@w-legal.com Mar 03 2015 02:08:31     TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16944113     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: ahamilton              Page 2 of 2             Date Rcvd: Mar 02, 2015
                               Form ID: pdf006              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2015 at the address(es) listed below:
              Evan Lincoln Moscov    on behalf of Creditor    TD Bank USA, N.A. evan.moscov@moscovlaw.com,
               ADVNotices@w-legal.com
              Michael E Fleck    on behalf of Debtor Juliane  Fencl mfleck@flecklaw.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```