# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FENCL, JULIANE | § | Case No. 11-10088 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 8,277.91 |
| Total Distributions to Claimants:  14,675.05 | Claims Discharged Without Payment:   140,003.90 |
| Total Expenses of Administration:  6,295.09 | |

3) Total gross receipts of $ 20,970.14  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 20,970.14  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,295.09 | 6,295.09 | 6,295.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,800.00 | 120.04 | 120.04 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 92,523.00 | 59,235.91 | 59,235.91 | 14,675.05 |
| **TOTAL DISBURSEMENTS** | $ 95,323.00 | $ 65,651.04 | $ 65,651.04 | $ 20,970.14 |

4)  This case was originally filed under chapter 7 on  03/11/2011 .  The case was pending for 57 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/09/2015                    By:/s/Phillip D. Levey

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Charter One | 1129-000 | 986.74 |
| Whole life insurance policy. | 1129-000 | 7,000.00 |
| Whole life insurance policy. | 1129-000 | 9,100.00 |
| Prudential Stock - 100 Shares | 1129-000 | 3,881.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.40 |
| **TOTAL GROSS RECEIPTS** | | **$20,970.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 2,847.01 | 2,847.01 | 2,847.01 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 21.51 | 21.51 | 21.51 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 40.31 | 40.31 | 40.31 |
| ASSOCIATED BANK | 2600-000 | NA | 760.89 | 760.89 | 760.89 |
| BANK OF AMERICA | 2600-000 | NA | 285.37 | 285.37 | 285.37 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 2,340.00 | 2,340.00 | 2,340.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,295.09 | $ 6,295.09 | $ 6,295.09 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Department of Treasury Cincinnati, OH 45999 | | 2,800.00 | NA | NA | 0.00 |
| 000006A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 120.04 | 120.04 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,800.00 | $ 120.04 | $ 120.04 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates/citibank Attn: Centralized Bankruptcy 7255 Baymeadows Way Jacksonville, FL 32256 | | 7,137.00 | NA | NA | 0.00 |
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 7,897.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 8,389.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | 9,397.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,352.00 | NA | NA | 0.00 |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | 2,690.00 | NA | NA | 0.00 |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | 1,353.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 8,458.00 | NA | NA | 0.00 |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | 918.00 | NA | NA | 0.00 |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | 14,207.00 | NA | NA | 0.00 |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | 453.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | 6,145.00 | NA | NA | 0.00 |
| | State Farm Financial S Po Box 2316 Bloomington, IL 61702 | | 9,227.00 | NA | NA | 0.00 |
| | Tnb-visa Po Box 560284 Dallas, TX 75356 | | 12,203.00 | NA | NA | 0.00 |
| | Von Maur Attn: Credit Dept 6565 Brady Davenport, IA 52806 | | 68.00 | NA | NA | 0.00 |
| | Wfnnb/catherines 4590 E Broad St Columbus, OH 43213 | | 351.00 | NA | NA | 0.00 |
| | Wfnnb/jessica London Po Box 182746 Columbus, OH 43218 | | 162.00 | NA | NA | 0.00 |
| | Wfnnb/roamans 8035 Quivira Rd Lenexa, KS 66215 | | 591.00 | NA | NA | 0.00 |
| | Wfnnb/woman Po Box 182273 Columbus, OH 43218 | | 525.00 | NA | NA | 0.00 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | NA | 214.23 | 214.23 | 53.21 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | NA | 606.36 | 606.36 | 150.61 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | VON MAUR | 7100-001 | NA | 67.56 | 67.56 | 16.78 |
| 000010 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 9,626.71 | 9,626.71 | 2,391.13 |
| 000009 | CHASE BANK USA, N.A. | 7100-900 | NA | 2,464.89 | 2,464.89 | 612.24 |
| 000002 | DISCOVER BANK | 7100-900 | NA | 2,859.72 | 2,859.72 | 710.31 |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-900 | NA | 8,124.07 | 8,124.07 | 2,017.89 |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-900 | NA | 8,571.29 | 8,571.29 | 2,128.98 |
| 000011 | STATE FARM BANK | 7100-900 | NA | 9,683.03 | 9,683.03 | 2,405.11 |
| 000012 | TD BANK USA, NA | 7100-900 | NA | 12,702.59 | 12,702.59 | 3,155.12 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-901 | NA | 674.69 | 674.69 | 167.59 |
| 000007 | CAPITAL ONE, N.A. | 7100-901 | NA | 1,023.47 | 1,023.47 | 254.21 |
| 000001 | DISCOVER BANK | 7100-901 | NA | 1,944.06 | 1,944.06 | 482.88 |
| 000013 | GE MONEY BANK | 7100-901 | NA | 519.28 | 519.28 | 128.99 |
| 0000006B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 153.96 | 153.96 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 92,523.00 | $ 59,235.91 | $ 59,235.91 | $ 14,675.05 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| Case No: | 11-10088 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | | | Date Filed (f) or Converted (c): | 03/11/11 (f) |
| For Period Ending: | 01/09/15 | | | 341(a) Meeting Date: | 04/22/11 |
| | | | | Claims Bar Date: | 07/26/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Charter One | 2,200.00 | 1,300.00 | | 986.74 | FA |
|    Debtor Claimed Exemption | | | | | |
| 2. Security deposit with landlord $875.00. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used furniture and appliances | 400.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. Necessary used clothing | 350.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. Whole life insurance policy. | 7,158.65 | 7,158.65 | | 7,000.00 | FA |
| 6. Whole life insurance policy. | 9,020.20 | 9,020.20 | | 9,100.00 | FA |
| 7. 401k, Pension, IRA, Profit Sharing Plan. | 1,527.91 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. Prudential Stock - 100 Shares | 5,000.00 | 2,642.74 | | 3,881.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. 2002 Chevy Monte Carlo 90,000 miles. | 2,875.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.40 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $28,531.76     $20,121.59     $20,970.14     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Obtain confirmation of stock sale proceeds.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:      2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-10088    JPC    Judge: JACQUELINE P. COX | |

| | | |
|---|---|---|
| Case Name: | FENCL, JULIANE | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 03/11/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 07/26/11 |

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 01/31/15

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 18.03a

FORM 2                                                                                                              Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                  Exhibit 9

| Case No: | 11-10088 -JPC | | | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******2879  Checking |
| Taxpayer ID No: | *******4740 | | | | |
| For Period Ending: | 11/09/15 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 20,666.68 | | 20,666.68 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 20,653.94 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.16 | 20,640.78 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.73 | 20,628.05 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 20,614.91 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.64 | 20,584.27 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 17.34 | 20,566.93 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.64 | 20,539.29 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.55 | 20,508.74 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.50 | 20,479.24 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.45 | 20,448.79 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.42 | 20,419.37 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.36 | 20,389.01 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.31 | 20,358.70 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.29 | 20,329.41 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.22 | 20,299.19 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 20,269.98 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.13 | 20,239.85 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.09 | 20,209.76 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.14 | 20,182.62 |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 4.88 | 20,177.74 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.01 | 20,147.73 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.99 | 20,118.74 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.91 | 20,088.83 |

|  | | | Page Subtotals | | 20,666.68 | 577.85 | |

Ver: 19.00

FORM 2                    Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| Case No: | 11-10088  -JPC | | | Trustee Name: | | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | FENCL, JULIANE | | | Bank Name: | | ASSOCIATED BANK |
| | | | | Account Number / CD #: | | *******2879  Checking |
| Taxpayer ID No: | *******4740 | | | | | |
| For Period Ending: | 11/09/15 | | | Blanket Bond (per case limit): | | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.90 | 20,059.93 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 20,030.11 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.78 | 20,000.33 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.78 | 19,971.55 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.69 | 19,941.86 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.69 | 19,913.17 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.60 | 19,883.57 |
| 04/01/15 | 010003 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,340.00 | 17,543.57 |
| 04/01/15 | 010004 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 2,847.01 | 14,696.56 |
| 04/01/15 | 010005 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 21.51 | 14,675.05 |
| *     04/01/15 | 010006 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | Claim 000006A, Payment 100.00000%<br>(6-1) Modified on 5/2/2011 to<br>correct creditor's address(ah) | 5800-004 | | 120.04 | 14,555.01 |
| 04/01/15 | 010007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 24.63504% | 7100-900 | | 478.92 | 14,076.09 |
| 04/01/15 | 010008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 24.63528% | 7100-900 | | 704.50 | 13,371.59 |
| 04/01/15 | 010009 | American InfoSource LP as agent for WFNNB<br> as assignee of<br>Roamans<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000003, Payment 24.63502% | 7100-900 | | 166.21 | 13,205.38 |
| 04/01/15 | 010010 | American InfoSource LP as agent for WFNNB<br> as assignee of<br>Jessica London | Claim 000004, Payment 24.63707% | 7100-000 | | 52.78 | 13,152.60 |

| | | Page Subtotals | | | 0.00 | 6,936.23 | |

Ver: 19.00

**FORM 2** Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   11-10088 -JPC
Case Name:   FENCL, JULIANE

Taxpayer ID No:   *******4740
For Period Ending:   11/09/15

Trustee Name:   Phillip D. Levey
Bank Name:   ASSOCIATED BANK
Account Number / CD #:   *******2879  Checking

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/01/15 | 010011 | PO Box 248872 Oklahoma City, OK 73124-8872 American InfoSource LP as agent for WFNNB as assignee of Woman Within PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000005, Payment 24.63553% | 7100-000 | | 149.38 | 13,003.22 |
| 04/01/15 | 010012 | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 000007, Payment 24.63482% | 7100-900 | | 252.13 | 12,751.09 |
| 04/01/15 | 010013 | Von Maur Attn: Credit Dept 6565 Brady Davenport, IA 52806 | Claim 000008, Payment 24.64476% | 7100-000 | | 16.65 | 12,734.44 |
| 04/01/15 | 010014 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000009, Payment 24.63518% | 7100-900 | | 607.23 | 12,127.21 |
| 04/01/15 | 010015 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Claim 000010, Payment 24.63531% | 7100-900 | | 2,371.57 | 9,755.64 |
| 04/01/15 | 010016 | State Farm Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000011, Payment 24.63526% (11-1) CREDIT CARD DEBT | 7100-900 | | 2,385.44 | 7,370.20 |
| 04/01/15 | 010017 | TD BANK USA, NA C/O WEINSTEIN AND RILEY, PS PO Box 3978 SEATTLE, WA 98124 | Claim 000012, Payment 24.63529% | 7100-900 | | 3,129.32 | 4,240.88 |

Page Subtotals       0.00       8,911.72

Ver: 19.00

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-10088 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2879  Checking |
| Taxpayer ID No: | *******4740 | | |
| For Period Ending: | 11/09/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/01/15 | 010018 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000013, Payment 24.63603%<br>(13-1) SAM'S CLUB | 7100-900 | | 127.93 | 4,112.95 |
| 04/01/15 | 010019 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000014, Payment 24.63531% | 7100-900 | | 2,001.39 | 2,111.56 |
| 04/01/15 | 010020 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000015, Payment 24.63526% | 7100-900 | | 2,111.56 | 0.00 |
| * 07/08/15 | 010006 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -120.04 | 120.04 |
| 09/15/15 | 010021 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 0.20317% | 7100-900 | | 5.81 | 114.23 |
| 09/15/15 | 010022 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 0.20325% | 7100-900 | | 5.01 | 109.22 |
| 09/15/15 | 010023 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Claim 000010, Payment 0.20318% | 7100-900 | | 19.56 | 89.66 |
| 09/15/15 | 010024 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 0.20314%<br>(11-1) CREDIT CARD DEBT | 7100-900 | | 19.67 | 69.99 |

Page Subtotals        0.00        4,170.89

Ver: 19.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    11-10088 -JPC
Case Name:  FENCL, JULIANE

Taxpayer ID No: *******4740
For Period Ending: 11/09/15

Trustee Name:        Phillip D. Levey
Bank Name:           ASSOCIATED BANK
Account Number / CD #: *******2879  Checking

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/15/15 | 010025 | TD BANK USA, NA C/O WEINSTEIN AND RILEY, PS PO Box 3978 SEATTLE, WA 98124 | Claim 000012, Payment 0.20311% | 7100-900 | | 25.80 | 44.19 |
| 09/15/15 | 010026 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000014, Payment 0.20310% | 7100-900 | | 16.50 | 27.69 |
| 09/15/15 | 010027 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000015, Payment 0.20324% | 7100-900 | | 17.42 | 10.27 |
| 09/15/15 | 010028 | Clerk, United States Bankruptcy Court 219 South Dearborn Street Chicago, IL | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT ITEM#  CLAIM#  DIVIDEND | | | 10.27 | 0.00 |
| | | | 1  000001  3.96 | 7100-901 | | | |
| | | | 3  000003  1.38 | 7100-901 | | | |
| | | | 4  000004  0.43 | 7100-001 | | | |
| | | | 5  000005  1.23 | 7100-001 | | | |
| | | | 7  000007  2.08 | 7100-901 | | | |
| | | | 8  000008  0.13 | 7100-001 | | | |
| | | | 13  000013  1.06 | 7100-901 | | | |

Page Subtotals           0.00        69.99

Ver: 19.00

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-10088 -JPC |
| Case Name: | FENCL, JULIANE |

| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2879  Checking |

| Taxpayer ID No: | *******4740 |
| For Period Ending: | 11/09/15 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 20,666.68 | 20,666.68 | 0.00 |
| | Less:  Bank Transfers/CD's | | 20,666.68 | 0.00 | |
| | Subtotal | | 0.00 | 20,666.68 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 20,666.68 | |

Page Subtotals                0.00            0.00

Ver: 19.00

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

# FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 11-10088  -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5863  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 11/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 6 | Prudential Insurance Company | Cash Value-Life Insurance | 1129-000 | 9,100.00 | | 9,100.00 |
| 05/18/11 | 5 | Prudential Insurance Company | Cash Value-Life Insurance | 1129-000 | 7,000.00 | | 16,100.00 |
| 06/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 16,100.07 |
| 07/29/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,100.20 |
| 08/24/11 | 1, 8 | Juianne M. Fencl | Turnover | 1129-000 | 4,867.74 | | 20,967.94 |
| 08/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 20,968.09 |
| 09/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 20,968.24 |
| 10/31/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,968.42 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.71 | 20,941.71 |
| 11/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,941.88 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.82 | 20,916.06 |
| 12/30/11 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,916.23 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.79 | 20,890.44 |
| 01/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,890.62 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.40 | 20,863.22 |
| 02/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,863.39 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.80 | 20,838.59 |
| 03/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,838.76 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.62 | 20,813.14 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 18.09 | 20,795.05 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,795.23 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.43 | 20,768.80 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,768.98 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 26.39 | 20,742.59 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,742.75 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.65 | 20,718.10 |

| | | | Page Subtotals | | 20,969.80 | 251.70 | |

Ver: 19.00

FORM 2                                                                                                Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                    Exhibit 9

| Case No: | 11-10088  -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | FENCL, JULIANE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5863  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 11/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,718.28 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 27.17 | 20,691.11 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,691.27 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 24.59 | 20,666.68 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,666.68 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 20,970.14 | 20,970.14 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 20,666.68 | |
| Subtotal | 20,970.14 | 303.46 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,970.14 | 303.46 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2879 | 0.00 | 20,666.68 | 0.00 |
| Money Market Account (Interest Earn - ********5863 | 20,970.14 | 303.46 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 20,970.14 | 20,970.14 | 0.00 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                          0.34                20,718.44

Ver: 19.00

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*